IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00513-PAB-MEH

WILLEM ADAMS,

    Plaintiff,

v.

MODERNAD MEDIA, LLC, a Florida limited liability company,
7657030 CANADA INC., a Canadian corporation d/b/a Acquinity Interactive,
WARREN RUSTIN, and
GARRY JONAS,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant 7657030 Canada Inc. and Garry Jonas's Motion to Dismiss [Docket No. 23].  On April 10, 2012, plaintiff filed the First Amended Complaint [Docket No. 25] pursuant to Fed. R. Civ. P. 15(a)(1).  Thus, the First Amended Complaint became the operative pleading in this action, and the Motion to Dismiss [Docket No. 23] is directed to an inoperative, superseded pleading.  *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted).  As such, the motion to dismiss is moot.  It is

    ORDERED that defendants' Motion to Dismiss [Docket No. 23] is DENIED as moot.

    DATED April 11, 2012.