IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00513-PAB-MEH

WILLEM ADAMS,

    Plaintiff,

v.

MODERNAD MEDIA, LLC, a Florida limited liability company,
7657030 CANADA INC., a Canadian corporation d/b/a Acquinity Interactive,
WARREN RUSTIN, and
GARRY JONAS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 5, 2013.**

    Pending before the Court is Plaintiff's Motion to Compel Discovery Directed to Defendants ModernAd Media, LLC and Warren Rustin [filed January 31, 2013; docket #50]. Section III.A. of Judge Brimmer's Practice Standards plainly states, "All motions, objections. . ., responses, and briefs shall not exceed **fifteen pages**." (emphasis in original). Summary judgment motions are exempt from this limitation. *See id.* Plaintiff's Motion is eighteen pages in length (not including the Certificate of Service) and does not seek summary judgment. Additionally, Plaintiff has not sought leave to exceed Judge Brimmer's page limitation. Therefore, Plaintiff's Motion is **denied without prejudice** and **stricken** for failure to comply with Judge Brimmer's Practice Standards.